Naira Zohrabyan, Esq. [SBN 337925]
ZOHRABYAN LAW, APC
100 W. Broadway, Suite 540
Glendale, CA 91210
Tel: 323-246-3284
Fax: (747) 327-4059
Email: naira@zohrabyanlaw.com

Attorneys for Plaintiffs
**ARTUR ARTENYAN; ANNA HARUTYUNYAN; NELLI ARTENYAN; MONIKA ARTENYAN**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTUR ARTENYAN; ANNA HARUTYUNYAN; NELLI ARTENYAN; MONIKA ARTENYAN, <br><br> Plaintiffs, <br><br> vs. <br><br> United States Department of Homeland Security; United States Citizenship and Immigration Services; Los Angeles Asylum Office; David Radel, Director of the Los Angeles Asylum Office; Marianne Hong, Deputy Director of the Los Angeles Asylum Office; Peter T. Gaynor, Acting Secretary, Department of Homeland Security; Ken Cuccinelli, Acting Director, U.S. Citizenship and Immigration Services; Jennifer Higgins, Associate Director of Refugee, Asylum, and International Operations; Matthew D. Enrich, Associate Director of USCIS Fraud Detection and National Security Directorate, Christopher A. Wray, Director of Federal Bureau of Investigations <br><br> Defendants. | Case No.: 2:25-cv-00475-FMO-MAA <br><br> **PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE; DECLARATION OF NAIRA ZOHRABYAN, ESQ.** |

1

**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE;
DECLARATION OF NAIRA ZOHRABYAN, ESQ.**

COMES NOW Plaintiffs, ARTUR ARTENYAN; ANNA HARUTYUNYAN; NELLI ARTENYAN; MONIKA ARTENYAN, by and through their attorney of record and submit in writing as to why this Court should not dismiss this matter for lack of prosecution in accordance with Rule 78 of the *Federal Rules of Civil Procedure* and *Local Rule* 7.15.

Plaintiffs filed a Complaint for Declaratory and Injunctive Relief and for A Writ in the Nature of Immigration Mandamus seeking the following relief: (1) FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS (ECF 1). See Declaration of Naira Zohrabyan, ¶2.

The summons issued on January 23, 2025 (ECF 8). See Declaration of Naira Zohrabyan, ¶3.

Plaintiff reserved the lawsuit to all Defendants on May 14, 2025. Multiple proofs of service were filed on PACER (ECF 30-38). See Declaration of Naira Zohrabyan, ¶4.

Defendants' Answers were due on or before July 14, 2025. As of today, none of the Defendants filed an Answer. See Declaration of Naira Zohrabyan, ¶5.

Plaintiffs are in the process of filing a Second Request for Entry of Default and will file on or before August 3, 2025. See Declaration of Naira

**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE;
DECLARATION OF NAIRA ZOHRABYAN, ESQ.**

Zohrabyan, ¶6.

Dated: July 25, 2025                ZOHRABYAN LAW APC


                                    _____/s/ Naira Zohrabyan_____
                                    Naira Zohrabyan, Esq.
                                    Attorney for Plaintiffs

**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE;
DECLARATION OF NAIRA ZOHRABYAN, ESQ.**

### DECLARATION OF NAIRA ZOHRABYAN

I, Naira Zohrabyan, declare as follows:

1. I am an attorney at law, licensed to practice before all the Courts of the State of California. I, and my firm, Zohrabyan Law APC, are counsel of record for Plaintiffs ARTUR ARTENYAN; ANNA HARUTYUNYAN; NELLI ARTENYAN; MONIKA ARTENYAN in the above-captioned matter. As such, I have personal knowledge of the facts set forth herein and if called upon as a witness, I could and would competently testify as to these facts. I am making this declaration in support of Plaintiffs' Response to the Court's Order to Show Cause in this matter.

2. Plaintiff filed a Complaint for Declaratory and Injunctive Relief and for A Writ in the Nature of Immigration Mandamus seeking the following relief: (1) FOR DECLARATORY AND INJUNCTIVE RELIEF AND FOR A WRIT IN THE NATURE OF IMMIGRATION MANDAMUS (ECF 1).

3. The summons issued on January 23, 2025 (ECF 8).

4. Plaintiff reserved the lawsuit to all Defendants on May 14, 2025. Multiple proofs of service were filed on PACER (ECF 30-38).

5. Defendants' Answers were due on or before July 14, 2025. As of today, none of the Defendants filed an Answer.

6. Plaintiffs are in the process of filing a Second Request for Entry of Default and will file on or before August 3, 2025. See Declaration of Naira Zohrabyan, ¶6.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 25th of July 2025, at Glendale, California.

/s/ Naira Zohrabyan
_____
Naira Zohrabyan, Esq., Declarant,
Attorney for Plaintiffs

**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE;
DECLARATION OF NAIRA ZOHRABYAN, ESQ.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of July, 2025, a copy of the foregoing was served via the Court's ECF's system upon all counsel of record.

/s/ Naira Zohrabyan

_____

Naira Zohrabyan, Esq.

**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE;
DECLARATION OF NAIRA ZOHRABYAN, ESQ.**