JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARTUR ARTENYAN, et al., | ) | Case No. CV 25-0475 FMO (MAAx) |
| Plaintiffs, | ) | |
| v. | ) | **JUDGMENT** |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al., | ) | |
| Defendants. | ) | |

 IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 15th day of August, 2025.

/s/
Fernando M. Olguin
United States District Judge